IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AIMEE RABB and LANCE CROWE                   PLAINTIFFS

v.                  No. 4:23-cv-1108-DPM

JAMES DUVALL; REC TRANSPORT,
INC.; and WOOD CHIPS & MORE, INC.             DEFENDANTS

## JUDGMENT

Rabb and Crowe's complaint is dismissed with prejudice. The Court retains jurisdiction until 8 September 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_8 July 2025_